# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

IN RE

      John T Willingham             Case No. 19-40743
                                          Chapter 13
                                          HON. McIvor

                   Debtor(s).

_____/

## ORDER CONFIRMING PLAN

        The Debtor's(s') Chapter 13 plan was duly served on all parties in interest.  A hearing on confirmation of the plan was held after due notice to parties in interest.  Objections, if any, have been resolved.  The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. 1325(a) are met.

        Therefore, IT IS HEREBY ORDERED that the Debtor's(s') Chapter 13 plan, as last amended, if at all, is confirmed.

        IT IS FURTHER ORDERED that the claim of Sweeney Law Offices, PLLC., attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $ * in fees and $.00 in expenses, and that the portion of such claim which has not already been paid; to wit:  $ * shall be paid by the Trustee as an administrative expense of this case. *Attorney fees are reserved pending a fee application.

        IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

        All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. 502(a), and the Trustee is, therefore, ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows:

1.    That Debtor shall remit 100% of profit sharing and bonuses received or to which the debtor becomes entitled to the Trustee to be distributed to Creditors.

2.    Plan II.B. language directing the Trustee to refund $2500.00 to the debtor is hereby by stricken.

3.    That the Debtor's plan payment shall increase to $995.00 per month, effective 9/26/2019.

4.    That Rule 4001(a)(3) shall not apply to Credit Acceptance Corporation.


Approved As To Form:

/s/ Lisa K. Mullen                                    /s/    Jesse R. Sweeney
LISA K. MULLEN (P55478)                   JESSE R. SWEENEY (P60941)
THOMAS D. DECARLO (P65330)          ERIN BARTOS KRAMER (P75942)
Attorneys for Chapter 13 Trustee, David Wm. Ruskin     SWEENEY LAW OFFICES, PLLC
1100 Travelers Tower                             25140 Lahser Road, Suite 252-B
26555 Evergreen Road                           Southfield, MI 48033
Southfield, MI 48076-4251                     (586) 909-8017



/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
Attorney for Fusion Notes, LLC

/s/   Michael Brown
MICHAEL BROWN (P71385)
Kilpatrick &  Associates, PC
Attorneys for Credit Acceptance Corporation



**Signed on October 02, 2019**



/s/ Marci B. McIvor

Marci B. McIvor
United States Bankruptcy Judge